

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-25-00128-CV
_____

CASSANDRA CROWELL, Appellant

V.

DANNY'S IMPORTS, Appellee

On Appeal from the County Court at Law
Bowie County, Texas
Trial Court No. 25C0973-CCL

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

## MEMORANDUM OPINION

Appellant, Cassandra Crowell, filed a pro se notice of appeal on December 8, 2025. The clerk's record was filed on December 31, 2025. The court reporter's record was filed on February 5, 2026. On March 11, 2026, we received a document that purported to be Crowell's appellate brief. On that same day, we sent Crowell a letter explaining that, for numerous reasons, the document we received was inadequate to serve as a brief because it did not meet the requirements of Rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. In our letter, we provided Crowell with a detailed explanation of why the document she provided to this Court failed to comply with Rule 38.1. We informed Crowell that if she did not file a brief that complied with Rule 38.1 by April 1, 2026, the appeal would be ripe for dismissal. We did not receive a response from Crowell. Consequently, this appeal is ripe for dismissal for want of prosecution.

Accordingly, pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b)(c).

Scott E. Stevens
Chief Justice

Date Submitted:     April 16, 2026
Date Decided:       April 17, 2026